IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIRST AMERICAN MARKETING CORP.,** | : | CIVIL ACTION |
| Plaintiff | : | NO. 09-1552 |
| v. | : | |
| **UNITED INTEGRITY GROUP,** | : | |
| Defendant | : | |

### O R D E R

**AND NOW**, this 22nd day of July, 2009, upon consideration of plaintiff's motion to remand (Document #5) and defendant's response thereto, it is hereby **ORDERED** that the motion is **GRANTED**.  This case is remanded and the Clerk is directed to close this case for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.